**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**Dallas Division**

| | |
|---|---|
| WIRELESS MOBILE DEVICES LLC, | |
| | Case No. 3:13-cv-01859-N |
| Plaintiff, | |
| | |
| v. | |
| | |
| HTC CORPORATION, *et al.*, | **[JURY TRIAL DEMANDED]** |
| | |
| Defendants. | |

**AGREED MOTION TO EXTEND TIME AND CONSOLIDATE STATUS AND**
**SCHEDULING CONFERENCES WITH RELATED MATTERS**

The Parties in the above styled matter ("HTC Matter") submit this Agreed Motion to

extend time to hold their status and scheduling conference and consolidate their status and

scheduling conferences with four other related matters in this Court:

- *Wireless Mobile Devices LLC v. LG Corp. et al.*, Civil Action No. 3:13-cv-01880 ("LG Matter");
- *Wireless Mobile Devices LLC v. Pantech Co. Ltd. et al.*, Civil Action No. 3:13-cv-01881 ("Pantech Matter");
- *Wireless Mobile Devices LLC v. Huawei Technologies Co. Ltd. et al.*, Civil Action No. 3:13-cv-01878 ("Huawei Matter"); and
- *Wireless Mobile Devices LLC v. ZTE Corp. et al.*, Civil Action No. 3:13-cv-01882 ("ZTE Matter") (collectively, "Related Matters").

The Parties move to consolidate these status and scheduling conferences in the HTC and Related

Matters in order to reduce redundancy and conserve the resources of the parties, their counsel,

and the judiciary. However, this Agreed Motion is limited to the status and scheduling

conferences for the HTC and Related Matters, and the parties do not intend to consolidate the

HTC and Related Matters at this time.

The HTC and Related Matters involve the same Plaintiff and many of the same Defendants.  On September 10, 2013, the Parties in the HTC Matter began conferring, pursuant to the Court's August 29, 2013 Order.  [50].  During the HTC conference, it became readily apparent that coordination or consolidation of status and scheduling conferences with the Related Matters would be helpful to all parties involved.  However, the LG and Pantech matters do not yet have an Order Requiring Status and Scheduling Conferences.  In fact, some Defendants in the Pantech and LG Matters have until October 9, 2013 to answer or otherwise respond to Plaintiff's complaint.  [No. 3:13-cv-01881 at doc. 17 and 3:13-cv-01880 at doc. 52].

As such, the Parties respectfully ask the Court to extend their current status and scheduling conference deadlines and consolidate all corresponding deadlines in the HTC and Related Matters to **November 4, 2013**.  Thus, the corresponding joint report to the Court will be due on **November 18, 2013**.

To the extent they are distinct, the Parties in the Related Matters do not oppose and agree with this Motion.  This Agreed Motion is not meant for delay, but meant to reduce redundancy and conserve the resources of the parties, their counsel, and the judiciary.

Date: September 24, 2013                              Respectfully Submitted,


_/s/_ *Michael J. Fagan* (w/ perm SDS)               _/s/_ *E. Leon Carter*_____
Barry J. Bumgardner                                  E. Leon Carter
Texas State Bar No. 00793424                         Texas State Bar No. 03914300
barry@nbclaw.net                                     John Steven Torkelson
Attorney-in-Charge                                   Texas State Bar No. 00795154
Christie B. Lindsey                                  Sheria Dranise Smith
Texas State Bar No. 24041918                         Texas State Bar No. 24075097
clindsey@nbclaw.net                                  CARTER STAFFORD ARNETT HAMADA & MOCKLER
Michael J. Fagan, Jr.                                PLLC
Louisiana State Bar No. 33821                        8150 N Central Expressway
mfagan@nbclaw.net                                    Suite 1950
Nelson Bumgardner Casto, P.C.                        Dallas, TX 75206
                                                     214/550-8188
3131 West 7th Street, Suite 300                      Fax: 214/550-8185
Fort Worth, Texas 76107                              --and--
(817) 377-9111                                       Kevin P Anderson
(817) 377-3485 (fax)                                 Karin A. Hessler
                                                     Wiley Rein LLP
                                                     1776 K Street NW
*Attorneys for Plaintiff*                            Washington, DC 20006
*Wireless Mobile Devices LLC*                        202/719-3586



                                                     *Attorneys for Defendants Verizon Communications*
                                                     *Inc. and Cellco Partnership d/b/a Verizon Wireless*



                                                     */s/ Dustin M. Mauck* (w/ perm. SDS)_____
                                                     Brett C Govett
                                                     State Bar No. 08235900
                                                     Dustin M. Mauck
                                                     State Bar No. 24046373
                                                     Gita Srivastava
                                                     State Bar No. 24083898
                                                     Michael B. Regitz
                                                     State Bar No. 24051238
                                                     Waheed U Khan
                                                     State Bar No. 24049959
                                                     FULBRIGHT & JAWORSKI LLP (NORTON ROSE
                                                     FULBRIGHT LLP)
                                                     2200 Ross Ave Suite 2800
                                                     Dallas, TX 75201-2784

214/855-8118
Fax: 214/855-8200 FAX

*Attorneys for Defendant AT&T Mobility LLC*


/s/ *Brett E. Cooper* (w/ perm. SDS)
Steven J. Pollinger
Texas Bar Number 24011919
Eric C. Green
Texas Bar Number 24069824
McKOOL SMITH, P.C.
300 W. 6th Street, Suite 1700
Austin, TX  78701
Telephone:  (512) 692-8700
Fax: (512) 692-8744
Brett E. Cooper
New York State Bar No. 4011011
David R. Dehoney
New York State Bar No. 4616595
McKOOL SMITH, P.C.
One Bryant Park, 47th Floor
New York, NY  10036
Telephone:  (212) 402-9400
Fax:  (212) 402-9444

*Attorneys for Defendant T-Mobile US Inc.*

/s/ *Kelly D. Hine* (w/ perm. SDS)
Kelly D. Hine
Texas State Bar No. 24002290
PERKINS COIE LLP
2001 Ross Ave.
Suite 4225
Dallas, TX  75201
Phone: (214) 965-7730
Fax: (214) 965-7799

John P. Schnurer
Texas State Bar No. 24072628
Kevin Patariu
Texas State Bar No. 24074859
PERKINS COIE LLP
11988 El Camino Real, Suite 200San Diego,
CA  92130-3334
Phone: (858) 720-5700

4

Fax: (858) 720-5799

*Attorneys for Defendants HTC Corp. and HTC America, Inc.*

/s/ *Mark W. McGrory* (w/ perm. SDS)
Jeffrey G Hamilton
Texas State Bar No. 00793886
Matthew C Acosta
Texas State Bar No. 24062577
JACKSON WALKER LLP
901 Main St
Suite 6000
Dallas, TX 75202-3797
214/953-6034
Fax: 214/661-6637
--and--
Lawrence Allen Rouse
Kansas State Bar No. 22308
Mark W McGrory
Kansas State Bar No. 12316
ROUSE HENDRICKS GERMAN MAY PC
1201 Walnut
20th Floor
Kansas City, MO 64106
816/471-7700

*Attorneys for Defendants Sprint Solutions, Inc. and Sprint Spectrum LP*

**Wireless Mobile Devices LLC v. LG Corp. et al.,**
**Civil Action No. 3:13-cv-01880**

/s/ *Herbert H. Finn* (w/ perm. SDS)
Herbert H Finn
Illinois Bar No. 6205685
GREENBERG TRAURIG LLP
77 West Wacker Drive
Suite 3100
Chicago, IL 60601
312/456-8427

*Attorney for Defendant LG Electronics USA, Inc.*

5

***Wireless Mobile Devices LLC v. Pantech Co. Ltd. et al.*,**
**Civil Action No. 3:13-cv-01881**


No Distinct Parties Have Appeared


***Wireless Mobile Devices LLC v. Huawei Technologies Co. Ltd. et al.*,**
**Civil Action No. 3:13-cv-01878**

*/s/ Robert C. Earle*   (w/ perm. SDS)
Robert C. Earle
Texas State Bar No. 24002029
Email: earle@fr.com
James E. Youngblood
Texas State Bar No. 24070900
Email: youngblood@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX  75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

*Attorneys for Defendants Huawei Technologies
Co. Ltd. and Huawei Device USA Inc.*


***Wireless Mobile Devices LLC v. ZTE Corp. et al.*,**
**Civil Action No. 3:13-cv-01882**

*/s/ Everett McClyde Upshaw* (w/ perm. SDS)
Everett McClyde Upshaw
Texas State Bar No. 24025690
LAW OFFICE OF EVERETT UPSHAW, PLLC
1204 Gano Street
Dallas, TX 75215
214/680-6005
Fax: 214/865-6086

*Attorney for Defendants ZTE (USA) Inc.
and T-Mobile US Inc.*